**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:                          May 29, 2014

Courtroom Deputy:  Kathleen Finney
Court Reporter:         Tracy Weir
Probation Officer:     Katrina Devine and Rich Vaccaro

**Criminal Action No.  13-cr-00373-REB**

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Kirsten Sinclair |
| Plaintiff, | |
| v. | |
| MAURO ZACAMOLPA-XUHANTITLA,<br>    a/k/a Mauro Zacamolpa-<br>    Xahantitla,<br>    a/k/a Mario Zarad, | David Johnson |
| Defendant. | |

**SENTENCING MINUTES**

**1:38 p.m.     Court in session.**

Appearances of counsel.

Defendant is present in custody.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed. R. Crim. P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the government confirms that counsel has read the presentence report and addendum.

Counsel for the defendant informs the court that counsel has read and discussed the presentence report and addendum with the defendant.

Also pending before the court relevant to sentencing are the following:
- the **Defendant's Objections and Clarifications to Presentence Investigation Report** [#27] filed May 12, 2014; and
- the **Defendant's Motion for Below-Guideline Sentence** [#29] filed May 15, 2014.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentence.

Defendant is sworn.

Statement by the defendant.

Statement by counsel for the government.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

   **IT IS ORDERED** as follows:

   1. That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;

   2. That the pending motions are resolved as follows: the **Defendant's Motion for Below-Guideline Sentence** [#29] is **DENIED in part, GRANTED in part**, as stated on the record;

   3. That judgment of conviction under Fed. R. Crim. P. 32(k) is entered on Count 1 of the Indictment;

   4. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **twenty-eight (28) months**;

   5. That no term of supervised release is imposed;

6. That the defendant is advised that if he enters, remains, or is found in this country illegally, or if he possesses or used controlled substances illegally, or if he possesses or uses any firearm, destructive, device, or dangerous weapon, he may be subject to further prosecution in federal court;

7. That no fine is imposed;

8. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00;

9. That the mandatory drug-testing provisions of 18 U.S.C.. § 3583(d) are waived;

10. That presentence confinement credit shall be determined by the Bureau of Prisons under 18 U.S.C. § 3585; and

11. That the defendant is remanded to the custody of the United States Marshal.

The defendant is advised of the right to appeal the sentence imposed by the court.

**2:22 p.m.    Court in recess.**

Total time in court: 00:44

Hearing concluded.